**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/26

UNITED STATES

Plaintiff,

- against -

STEVEN SANTIAGO,

Defendant.

**21 CR 93-11 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon mutual consent of the parties, it is hereby

**ORDERED** that sentencing in this matter is rescheduled from October 2, 2026 at 11:00 AM to October 2, 2026 at 2:00 PM in Courtroom 15B.

**SO ORDERED.**

Dated: 16 September 2026
New York, New York

Victor Marrero
U.S.D.J.